UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-cr-00141-BO-1

UNITED STATES OF AMERICA,              )
                                       )
v.                                     )           ORDER
                                       )
NAQUAN HUMPHREY                        )

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 31 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the *11* day of *Sept*_____, 2012.


_____
Terrence W. Boyle
United States District Judge