UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-cr-00141-BO-1

FILED

MAY - 3 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| v. | ) | ORDER | |
| | ) | | |
| NAQUAN HUMPHREY | ) | | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 41 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the __3__ day of __May_____, 2013.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge